UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO FIERROS DE LA LUZ,<br><br>                           Petitioner,<br><br>             v.<br><br>TODD BLANCHE, et al.,<br><br>                           Respondents. | Case No. 5:26-cv-02766-SSC<br><br>JUDGMENT |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1.    The petition is granted;

2.    Respondents are enjoined from continuing to detain Petitioner unless no later than **June 10, 2026**, Petitioner is provided with an individualized bond hearing under 8 U.S.C. § 1226(a) at which the government must bear the burden of showing by clear and convincing evidence that Petitioner poses a flight risk or danger to the public, and the immigration judge must exercise discretion to make an individualized determination whether Petitioner should be detained pending removal proceedings.  Further, the immigration judge must consider alternative conditions of release and Petitioner's financial circumstances when setting a bond amount; and

3. The Clerk of Court is directed to close this case.

DATED: June 3, 2026

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

2